CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**PLAINTIFF:** Leonia + John Binda-Noti

**Address (No Post Office Boxes):** 1910 Masschusetts Ave SE

**City/State/Zip:** Washington DC 2003

**RECEIVED APR - 5 2023**
Clerk, U.S District & Bankruptcy Courts for the District of Columbia

Case: 1:23-cv-00933 **JURY DEMAND**
Assigned To : Unassigned
Assign. Date : 4/5/2023
Description: Pro Se Gen. Civ. (F-DECK)

**VS.**

**DEFENDANT:**
1. New York Major + Sentor
2. Chicago height, IL
3. White house Stuff
4. family Bobbie + Denise Reed
5. Execution Jail Chw (Europe) Solavsika

Jury Trial: ☑ Yes ☐ No

Address (No Post Office Boxes):
City / State / Zip Code

## COMPLAINT

See attach

Original Signature (in pen)
Leonia Binda
Name (if applicable, Prisoner ID No.)

Address or Facility Address
City / State / Zip Code

Rev: 01/10/2023
*Use additional pages as needed

Leonia Bindah
& Noti
John

## STATEMENT OF THE CASE

go back to chu (Europe)

This is 3 assassination case. Are court will won 850 million and we are ~~don~~ donationing to different people. Me and miss. V. King came up with houses. She is one off the lawyers at Kim Ogg harris District Courthouse. They do know they can do the court in Houston. I pick yours and was trying to find were President Biden Son did his cort ~~foinel~~ they do work for the whitehouse. I did file at the Suprme Court. too. We are doing program for Kim Ogg Court too as well. I can have Max William send you his file to. I choose Kim Ogg and the other law firm was suppose to send it back to the one I choose. Kim Ogg knows as well. Broken entry / call me 346-758-4836

They do know there restraining order. The lady's & gentelman lawyer is hire here in DC and file restraining order, we have mine & there ex boys file. restraining order & arrest (federal discharge) ~~Told~~ Told to go back to chu Solaviska (sex offender child molster.) & Voodoo poison) Solasvika Jail).

1. Texas Mesq & Execution chu mom & Sister

2. Whitehouse, Chicago, & Newyork on my case

3. ex friend (Human bean)

~~C~~harges are stocking (DC area to the gentelmen & ladys do know them.) Criminal background broken in system as well. They are being charge for your court. If you need the damage they are paying just call me or the court of Kim Ogg. Kim Ogg is on everyone side (The main guy that runs the Jail & all store in Europe.) We sponser Hollywood & producere.

# Motion

*[Handwritten annotations in margins:]* John Nota (Loser), Kim Ogg Assistant... is banning targets as well. Spying on everyone and multiply no more of the people to kill, from the form judge... who was giving our case... I would like a restraining order on all... Judge... Judge 1,2,3 & 4. These... does illegal... Auction on their... patient will...

**Will be Awarded by The State of Texas**

International Super (with Southwest) said to take over Island in KOA one area to maintain here... for any one to use by appointment only (In the corner of KOA). Check every doctor they use on...

Please notify my Formal Boss who is appointed to his case as well to John (Massinger). His address is on file or he will call in to get up date court documents. Please email me the court dates you have available. to my court date and we will talk about the Judge. Please revise and add the new court date (May ___, 2010) on it and Change the address on file. We can all talk about each one. I would like to Amend all court documents to be mail, email, or fax to the address below. All department of Correction need to be listed correctly and retrain on all behavior and give evaluation on all prisoners. All State's will have the right to arrest, upper hand, and send to International, if nothing isn't done that state will be charge and arrested. Yes, do send all to Pen, Federal Jail and Court sentences quarterly,. This case is a Murder Trial and assassination. Morse house, rehab Hospital, and Brighton Court House is including. I would like to suspend the second Judge (note will be include and part of the whole family that Uber John to the jail. He does take people passwords and use it. (Use all commination in every situation) *[margin: famous Actor from Joy Luck Club & Crazy Rich Asia... movies in jail. My Aunt Helen people are in it been with black people every day.]* & International Clearance as well. My Aunt Helen people are... Please researcher, I will file all charges and they want Judy dies;

I would like to know what talent she has and we're did she get it. I was told and heard from the same party that was told to stay away 500ft from all of us. Well explain each genes that was use and what they can do. What you can do with them. Who put them in my body? As well as her Husband who tried to use one on the plain. Hear part is Salvages all trips in front of everyone. IN Las Vegas two Narcotics was done in my faces, all charges for Statutory Rap, but 4 people *[margin: Also this was done on my coworker we call Little man (will give full name later). 000,000 will explain the rest what happen to him. Please question New Financial who took over Kelly place Gary Kelly. Now you question him!!! Put it in written what he said.]*

This motion is the murder of John, Leonia Binda, my 3 kids and Wardell Reed. This was said by the other party today on Nov 24 in Colorado, CO and cameras are going and can be use at the gas station. All charge and money will be paid to the right amount that is listed to each person. Assistant Clerk (gentlemen) he had from what I am told is aware of what is going on. All charges will be going to the right person and Charges will be drop from John. Which this is about the Judge Point and his crew. My family Wonder Conda, kids graduating as well. Paris, France knows me and the whole situation. *[margin: This was about Millie; who reported me into Head quarters Southwest. Judge 1,2,5,+6...]*

I want a restraining order from all party. To kill Leonia Binda and John for are law suite money from my boss at UC Hospital in Aurora, CO. To begin each person talent has been use around all around my family and formal employee from Southwest, American Airlines, United Airlines and this is every day they were hired by the Judge, clerk, and my formal boss (which John turn himself in), Bobbie Reed and Denise Reed. This is the murder of John in the jail, in Littleton, co. Talent they have done from each state has it filmed and recorded for everyone to see from Las Vegas to East coast. A few talented flipping and flopping, scanning, ex con, sex offender, chucking you with gas, metal machine they have that goes on your Brian to any body part. Touch your private part of your body in different shapes. As of Chicago, IL the same with a fellow gentleman they almost killed and was coat in his home. While I was staying with

*[Bottom handwritten:]* Scanning everyone information nation wide and Judge & lawyer of her... Oct 2020 Ever party was secretly watching Cassandra Boss... adding her family to the court paper. She was in town for her step so...

Apirl 2021

Going back looking up my medical records & when John Nota (loser) when he was taken from UC Hospital without my consent and GM will be pressing charges & Dr. Charles P. & Dr. Majne. The Jury on the website Kim Ogg Harris County District Clerk (The two are the black young lady & Black Gentlemen that was praying was use for black voodoo New York & Miami) Apiriy 4 — There is a few that is a part of the group Rap & Sexily contact department without permission with me & Courtney (who work with Murphy Star will explain) & Each Judge & District will arrest Hondwood movie theater crew & Sean (stand) employee. Will explain in court

As for Abillro you will charge him and have another person he speak with as a person & have the talent and I was never talk to me about the same issue when he was in jail (my fiance John Nota). Name is under last name Loser. He is a part of memeory day who apaticipated & knows this. Goes back to morses company (2016/2017) The run multipule, that they are apart of my cases at UC Hospital. Abilli has a canceller is one. Abillio Judge day is my daughter graduation with Aminta and have talk to her almost every day she is aware of the case (she was in my DC town.) When I came back I was going to obay ti her to stay (had to wait for my daughter to send money for the hotel on tower. As of a few employee in Hauto, Hayta who work with Stud (Sian) are to be arrest and do know Spark "(Micheal Huy") are new to be around me for the rest of her restraint order, no longer on my account. Including two who are apart of the assisination in denver (Ms. Silly who is the office hearing denver where John loser was at (are not allowed Scott Dan

birth of his daughter. Pretty little one was treated like shit and Texas Judge is involve as we speak; but Judge 2 & 3&4 Murder trial.

Robert his eyes came out and he did dye. Which the Judge and Clerk knows each gentleman and ladies who are ex con from Chuck (Europe). Buzzing of the Ovary at each family house and car. More party are Involved "Dull family look them up near Chuck (Europe). When you pull any camera you will see top camera (can explain microchip& Optic wire that was put in my brain at my brother house). There was two Type of Drugs in his body while add on to Ms. Lewis back in Nov, 2019. Like to set a date for Southwest Headquarters. Young kid the next state who working with them a few girls live

List is different department at Southwest Headquarters are involved from the golf tournament who knows all party that is listed. Not fallowing the law to stay out of Colorado after been told to leave. Every there. day they are scanning illegal information on John (Standley Massinger) from Southwest headquarters, Denver, Houston, and are homes. Which will not be allowed in any state, that is a law. Falsey my family name Dec 30, 2020 in the Marriot Hotel Leora Washington( Has nothing to do with it) Dec 28, 2020 The refugee paid for the hotel in the cameras you will see everyone( Introducer that was there). Each hotel will be explained as sex assault, rapists, Sex abuse minor, murder, sex offender, and allpart will be Microchip(marked). There are 3 machines they do use and you can assess any camera. When John fell All down by Hampton at the time with Tracey and Janet Poncho. All Judge in Pen, but 1&3&4. Judge said cut the check mail to Evenlyn Fonseca

Conversation that was heard " Secretly the Judge said "don't call her till you hear from her. Each day to call the clerk at the jail to see what paper she got and threw it away. Secretly having meeting and phone conversations to trash everyone (trip) and person." Knowing who's appointed to his case which is Evelyn Fonseca Leonia and BossMan (my boss now). Fallow will be a list of who will be serve and all charge will be pointed to all original person who know we're he was (the murder John, my kids, Wardell Reed and assassination of Leonia Binda). My formal Boss (John turn himself into), Headquarters Golf Tournment, His boys (no longer work there), wife and husband who Uber him back to the Jail in Sept 2-4. Most party lives in Europe real people and not so real people made up, Bobbie Reed, and Denise Reed will be held charge for all counts. There is Option for my dad. March 3-6th disrespect one of your Internation Dec 2020 march 2015 Clearance US Marshell. you can pull camera in Denver kids spening on head.

Spirit Party and Tournament weeks with Tammy Jackson, Clarette for one of my Boss at UC Hospital, and Denver Judge would like for me to take him to the Rockies Stadium. As for my friend who is apoint to his case Evenly without her consent or talking to her they have kids spying Illegal, New York and New Jersey/ DCA & DUL. She is the Senator of New York. State of San Francisco

Dec 23, 2019 bought picture from New York with Maria and Kids. I was there and the ones she pick was not working. Miss the New Years last year 2019 will redo. The US Marchell set up the Spain. Missed Cassandra wedding in 2019, Dominic wedding in Oct 5-7 2018.  May 26-April 7, 2019 Margo daughter mother hit March 7, 2019 any wedding wasn't him. Just at miss. Angela house. June 4-10. San Diego and New York, well John was there talking to her at Headqurter, who he turn himself in. He Cail Mrs. New York on his 2nd court date Sept. 2020 Following will be his 3 Court date. My family reunion is part of the judge point which was in July 7th- 10th, 2018. My case started March, 2015 with Southwest Airlines. My coworker TJ judge point from United Airlines.

In court I will tell you his wear about in court and who hired and order the shooter. Follow all charges will be drop from John (Standley Massinger). I Leonia Binda and BossMan is appointed to his case. Will will be doing Privileges for 3 jails( correcting). I am going for 860 Billion no less  e paid be Awarded of Tex

The 4th Judge is apart of it from the beginning. The optic cord was of There is a few people that is involve from Honolulu, HI; Michael Merl (Spar who was assisn to me from Southwest ...

Total: $910,840

Bossman served my son & wife will be awarded by the State of Texas

## Trips separated/Donation

- part of Southwest & your crew you had on this case the Judge who in consteenation (contemp)

Take
1. Tyler to see his half-sister in Canada (Boss Man Dallas, TX)   Celion Dion (ATL)

*9. Ballon @ct (ABQ)   Tank Tak,

$200,00
2. Chavon family Trip paid to San Francisco, CA. Golden Nugget ($10,000)   US Marshell
   Judge (part) march, 2019   SFO   Bossman (Southwest/Government) Chicago, IL

3. For me and him. Jamaica (orchid Rio) and St. Lucia (caribbean)
   Bahamas,

4. Sharetta V. Hambrick pay for tomestone  $8.40
   $150,840.00

5. Would like to donate to Louisiana &
   Refugee (Hotel Dec 28 - Jan 1)   (Boton Rouge)

6. Donation. Prim flight co-worker (alot) & Kelseh
   was Southwest
   Total $100,840 = $150,840.00   Keish V's

7. Joshua (one roommate) $80,000 ($40,000 each)   $540,000
   (everything going   Chicago Government/SFO
   on Judge was there)   others 11 | Page Die Coes 2019
                         Tx Tandem

8. Gina (Stay with her)  $50,000   7. Sms's Sister (post home)
                                    John* Howari

Robert Jackson (III)

U ve know all place they use. ~~That~~ tell the past & current Judge's that is no longer involve. Courthouse they use Mishelle Yan is ~~does~~ know & is with the judge & knowledge in what they did to her

July 27, 2021 - Aug 1, 2021
Spinning / Keyra (Deathplan) / The baby
D.I.A Airport is pressing charges as well. Her Helen did call & talk to ... to make sure I do ...
Winter work ...



Michelle Yeoh Is Still Killing It & 'Crazy Rich Asians' Just Made You Take Notice

Aug 30, 2021
The man Judge & V...

The State of Texas I would like it one week after court. Law suite for twitches in the eyes( from US marchell that was on my case. Additional eyes $6,000,000, for John medical bills $1,500,000 on credit card, For Judy $4,000,000 in Budapest. There is a package for the Main Judge who this is his Court house in Houston, TX and his Paralegal. There is little burnt on the right side of the brain (Today April 20)

## Would like to set up a Settlement account like my son Tyler from his Car Accident in Brighton court house in Colorado. ( will explain in Court).

Car accident Aug 2017 case a lot issue with my ears and whiplashed. Do I have a Chropratice. Please change my address below. On the next page will be other states and company that will back me up and have all footage for you and in Colorado. You will pay them back to in the amount I ask for. INCLUDING ALL MY DOCTOR's.

Judge has a package will be paid by the state of Texas $5,000,000 paralegal

Leonia Binda — Leonia Bind

P.O. Box 473454

Evelyn Fonseca

21922 Westfield Ridge Dr.

Aurora, CO 80047

Houston, TX 77073

blue doctor paralegal

Leonia_binda@yahoo.com

April 10, 2021

His wife who Uber him to jail is a part of it all back in Jan 19-26 with explo her

march 8, 2021

please pull all camera in Denver, Co. Paris, France/London

Train station is here location. Big Big guy (name is on bossmate motion). Name will come after who else is involve. Plan to kill my father (option in case) & DUI Son is involved & found a young man to hold here filling on his Sattle light. My International (with the Dec 25-31 Suporor is watching & state of Denver to New York, Texas.

The main Judge came to see me and ask to send all damages and fax; Chris leek who notice him the other day remind me he wanted me to Texas well using all there talent & sizzim and all 4 judges knows each party the kid's and the main judge that was on my case sleto with her husband w

## Court Dates/ International Clearance

*I am Speaking for Europe (whole Continent) name will be follow Kim Ogg Assoc.*

On his first court date was July, 2020, Aug, 2020, and last one was Sept, 2010. The reason he wasn't able to make it to me both husband and wife had smog the driver in the limousine. The Judge that was involve, the black ass that is in the jail, and my old former boss are a part of this group. Wife and husband was at his hotel and put sizzling in his arm, what it does is cause you have headache, weakness, see things. They were both setting by my brother house each time I was there and in town. This was at my brother house and his as well. ~~Bet~~ *Big big guy who call mea bitch, who never protect me or him. He is knowledge about the sizzling & killing o*

The document that was sent to both places, about me coming to live with him. My entire boss General Manger from UC Hospital and my boss in Dallas, TX was in my Doctors' appointments in Vegas, stress when he was in UC hospital. Both of are Superior from Houston, TX who know General Manger of the hospital was in my doctors appoint for Dr. Slusher ( Are Superior's was there same situation) As of Vegas all recording will be use in this court and narcotics in my faces and my eyes. Sexual assault in all Hotels in Colorado. Murder of John, Leonia Binda, Wardell Reed, and my 3 kids. Fallow will be statements from all fallow employees and family involved. As for the Judge and the Clerk will be held in court for the Murder and all 3 court dates. I will have you send all documents that was sent last year and the new. *International Clearns told ~~Big~~ Big Nigg# to stay out. His sentence is on the same page as every.*

*my kids. all doctor will be chargin. him to sure.*

update one me and my boss did to set John free last year. As for the court papers that Dr. W and I have done in Denver we will meet all company in Denver, Co. I will send you a copy to both places. All person that is involved of the killing who did drug John in the hospital, Ms. Lewis revised the copy, did send it in and I do know you have it and please send that as well, around Nov And Dec 2019. As of the Judge, Clerk, and the assistant (young gentleman) will be fired, sentence, and bar around the world. International knows as well.   You will know about my lawyer who was a part of my case in my care accident and Brighton, Co court house as well (Tyler Case). Including my coworker Milton and Bruce will be a part of it. With all talent you know and Dallas as well knows. Southwest Airlines HDQ. All states will have the right to arrest, upper hand, and send to all international, nothing isn't done that state will be charge and arrested. *Ever Judge & The clerk at the court house is part of the scam his personal life & Job. Killing of my Kids. All Judge died the restraining order in Clerk & warrant out for there, arrest adults & kids in his house (name should be in fil*

Leonia Binda

21922 Westfield Ridge Dr.

Houston, TX 77073

*[signature]    Dec 30, 2020*
*Explain to how he want me dead in front of everyon because what he said to him in the hospital*

Knows were his room holding evidence when knows he is following the law.

*Hshwall*

*eyes /microchip*

## ~~Rapist~~ Sex Offender (Ex Con) / PRIVILEGES  (All Brothers)

As you know the people you aloud to only know were he was staying in jail, till we rewrote the court paper. Which I will have you board from every State. Will add Condoleezza "Condi" Rice Lisa . May 8, 2020 . Due to COVID-19 patient been there since last year Nov 15, 2019 UC Hospital. Stay in three hotel sinc Sept 2019, oct , 2019, May 25th to June 8th. *More of Kim Ogg staff and apart of the sex offender, that the 2nd judge who John loser ald Judge that is in center put a restraining Order on all the brothers with the clerk, & her assistant albni Kill himself*
Mom 8th. I was called a bitched and explain how they want to kill each of my kids. Every talent each gentalman has was use on me. Including "Hippa law in each of my doctors visit. "

I would like to inform you again this facility this Gentalman was in and drug 2 different type ( Memory for someone that needs it and Pam stuff). I'll like $~~6,000,000~~ *$14,800,300* to fix Up all facility's and a new location to have doctor visits as well and it is known as a Rehab Clinic that will be put in my name and his name in Highland Ranch, CO. For each facility, including phone privileges, " Security cameras ", bus ride, TV, and out sides facility: Award all prisoner School Education, jobs assistances, and, internet, Facebook, every location in the United States. "AWARD TRAVEL PRIVILEGES "As I was informed I wasn't aloud to come and wasn't given any address to were Witness Standley Manssiner and another person who will be listed as pointed to and sleeping with my formal boss who John M. Turn his self into. This will be in Littion and Highland ranch, Denver area. I will press charges for unvisited right she did. Amend for all checks he wrote for my Children and all illegal document in both facility that was stolen and revised. As well in Chicago July 2019 she was there. I will. Lists all matter that was taking at Southwest and who hire them to shoot me, who she was include and all you know in each of his court dates. Dates will be listed. *Remove all this gold stuff & have their bad talent taking out instead.*

*$1,801,010*

You have only 1 week to 2 week's to send all $~~6,000,000~~ to my address, which willl be list below. Do I know my Texas laws. I will be serving my parents Bobbie Reed, Barbara J. Denise Reed, and Waddell Reed, I will testified against in all court date (John M had.) . You as the judge and your assistant looking at my phone on his first court date and as well as the other 2 court dates. As you know Me and my boss. Is the one rewrote the court paper. As you aloud her to make sure I was not aloud to know were he was. I will give you every name that know we're he was and Uber him back to the jail back in 2019.

"I would like to as well fired and hire new employees , and help fix up the facility jail that he was in Houston, TX, Littleton, Co, Arkansas (my brother James) and to fix the medical hospital he was at in Highland Ranch, Co. I will be stating every person you had involved in this indulging your staff, you will be " Bar in every state in American and in Europe. In this matter we pull his paper and my formal employee will be fired as you know who she is will be fired and sue as of Southwest Airlines. Setting up

this who court system since John( spelling ) turn his self in. Follow will be a list of people I am helping in Denver, Texas, and Vegas, clouding my half brother in Arkansas. ". Fallow will be a list of all damaged that was done to my fallow co worker, me, and John. ~~I wi fills a~~ll charges My Kids who was listed to ~~be~~ killed by the Judge, her clerk, and the last person that was on the list for him to know only were he was

I am using all right she use for all Jail and correction facility in the US for this one and a Name as well.

Condoleezza "Condi" Rice is an American political scientist, diplomat, civil servant, and professor who served as the 66th United States Secretary of State from 2005 to 2009

Leonia Binda

P.O. Box 473454

Aurora, CO 80047

_[signature]_ Dec 30, 2020

Sign

# State of New York/New Jersey (DCA)

Chicago. (Hawaii Rap Temp)

As John contact are on are 2nd court date (Sept, 2019), She does know I have seen the news for update on Con-virus. She has been on my case since July 2015. On Dec 23, 2018 I did buy a picture in New York with Maria and her daughters ( her team she pick wasn't there). June 4- June 10th was in New York again; May 26th - April 10th ( John was only one part of it). You can also see other company from Denver was involve in Her state, As for the US Marchelle who set up the Madrid, Spain is in Jail and know his boss was not inform of any events that happen and June 2017. As of yesterday I was in pain on my head, I was in Texas Nov 7- to Nov 10, as her employment told them to stay away from us, they haven't. DCE and Las Vegas will be involve and all recording will be use in court. I was at the gas station I was approach to how I feel and my CD from last year from Doctor P in Houston, I have to get another CD for $10, I have lesion in the Brian Dec. *Explain pain.* The week before I left, all of your part was told to leave Denver and they have no rights in any state. The did the same thing as the DUI and Aurora Police file paper work as well for harassing, Invade of Privacy rights.

turn themself in alongtime ago (Charge if come around.

What it does: Make your eyes flat, pop out, take away feeling on the top of your eyes. Let explain the damage it cause to the brains. Which I have in a lot of states. Dec 1 The man person that has more talent body). Who the Denver Judge who as seen few month ago. My cusion Tony die of Heart Attack(Aunt Emma son). He did ask me if the Judge in Houston, TX will be Sentence and Bar. After hearing the same person the Judge knows "Were is this FUCKING DAME AS MAN AT AND TO KILL LEONIA BINDA (ME). Who admit they did talk to the Judge and Clerk Secretly. Who mention they want to ask King Super how to kill their own employee ( Lafayette, CO King Souper and Starbuck)It's on Camera as them self in their country in their house moving over the United States, as Chicago and Hawaii they are not allow in all 51 states and counting.

Dec 22, 2020

white powder put in my head & eyes. Next step to kill me that is recorded in the camera in Denver, CO. As the Judge said to stay away. Savating (spellcheck) tops. Another Funnel (whirlpool). As I was returning back the same thing and Good Samer Hospital as well as them singing kill [illegible] as well at night. Every Camera is on recording including Hampton Inn Hotel in [illegible] Dallas, New York as well trying to kill [illegible]

*you should set up room for kids to habit for all case work I would like to donate to get it start and show you.*

*Will be Awarded by The State of Texas*

## Step and graduate kids; Las Vegas Government my Brother(Manger)

All charges will be paid for each of the kids that are listed and what was done in there faced in all events and graduate. This is with the Judge Point, Abillio who was around, and Southwest Airlines, with my parents and sister secretly apart of It Golf Tournament. <u>This is for Rent/Scholarship/Supplies and expenses.</u> Including Stacey and Soul Alto, will meet them (Friends of the family, work for the State of Georgia). Also $200,000 for them. Knew Alto family for 17 yrs. Tandra Nelson mom pass away. *Bryant kids on page for damage to family Nov 7 - Nov 10 Secretly all Judge include but three. Will go up to $150,000*

1. ~~Kevin~~ Edmond (married).   $800,000 (pay off home)
2. Mosa.   $1,00,000 (home)
3. Roth   $400,000
4. Emily.   $400,000
5. Evelyn.   $400,000
6. Dylan ( brother married)   $400,000
7. Bryan.   $400,000
8. Nicolas. (Tandra son) Full Scholarship( set account and call school for price. $400,000))
9. Alexia(step daughter)   $100,000
10. Hunter Callender.   $100,000
11. R. Patterson.  (2)   $200,000
12. Sacha Alto.   $100,000
13. Jacob Alto.   $100,000
14. Andrew Alto.   $100,000
15. Mahlia Harris (4)   $400,000
16. Tristin Collins (2)   $200,000 (home each $100,000)
17. Esi Akakpo (2 kids)   $200,000
18. Sydney Wright   $100,000
19. Kyle Arville   (full scholarship $300,000)
20. Tammy Jackson(3)   $300,000

Total:

21. James Simes (3)   $300,000
22. Shawdan Jones (2)   $200,000
23. Prince   $400,000
25. Anacia Weiskittel(3)   $300,000
26. Mrs. Turner (1)
27. Deane Sr (6)